IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:19-CR-260 |
| v. | § | |
| | § | Judge Jordan |
| ESVIN FERNANDO MARROQUIN TUPAS | § | |
| a/k/a "KAKA RALA" | § | |

### FACTUAL BASIS

The defendant, **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala,"** hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala,"** who is changing his plea to guilty, is the same person charged in the Indictment.

2. That **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala"** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States.

3. That **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala"** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala"** knew that the amount involved during the term of the conspiracy involved at least 450 kilograms

of a mixture or substance containing a detectable amount of Cocaine that **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala"** intended, knew or had reasonable cause to believe would be imported into the United States. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity. **Esvin Fernando Marroquin Tupas a/k/a "Kaka Rala"** first entered into the United States and first appeared in court on this matter in the Eastern District of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.  I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: _____    _____ 8-8-2025
                                 ESVIN FERNANDO MARROQUIN TUPAS
                                 Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.  I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 8/18/2025    _____
                    ALEXANDER FOX
                    Attorney for the Defendant

Factual Basis
Page 2